UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELANIE J. CHRISTOPHERSON,<br><br>Defendant. | NO:  2:14-CR-0168-TOR-3<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |

BEFORE THE COURT are Defendant's Motion to Modify Conditions of Release (ECF No. 822) and Motion to Expedite (ECF No. 823).  The matter was submitted for consideration without oral argument.  The Court has reviewed the motions and the file therein and is fully informed. On February 27, 2015, Defendant appeared before the Court and entered a guilty plea to Conspiracy to Commit Bank Fraud.  At the hearing, the Court continued Defendant on the previously imposed conditions of release pending her sentencing hearing set for October 6, 2015.  Pursuant to those conditions of release, Defendant is not permitted to have contact with known felons (ECF No. 290).  Defendant now

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE ~ 1

moves the Court to modify that condition of release to allow her to visit her husband, a known felon, who is currently incarcerated at the Spokane County jail but may be moved to another facility in the near future. In her motion, Defendant states the United States Probation Office does not oppose the request. The government advises the Court it opposes the request but has not filed a response indicating its formal opposition. For good cause shown, the Court will allow Defendant one visit with her husband before he is moved to a facility outside the Eastern District of Washington.

ACCORDINGLY, IT IS HEREBY ORDERED:

1. Defendant's Motion to Modify Conditions of Release (ECF No. 822) and Motion to Expedite (ECF No. 823) are **GRANTED**.

2. Defendant's conditions of release shall be modified to allow her one visit with her husband, Dwayne Christopherson, at any detention facility located within the Eastern District of Washington prior to his transfer outside the district.

3. Defendant shall coordinate the visit with her United States Probation Officer.

3. All other conditions of release remain in effect.

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE ~ 2

1  The District Court Executive is hereby directed to enter this Order and

2 furnish copies to counsel.

3  **DATED** June 15, 2015.



THOMAS O. RICE
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE ~ 3